UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

HUNG CHIEH KUO,

Defendant.

CASE NO. CR26-123-1 RAJ

**DETENTION ORDER**

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and finds there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with conspiracy to commit money laundering, and money laundering. The indictment alleges Defendant and others created 21 shell companies, using false and stolen identification information and made money transactions in interstate and in foreign commerce involving more than 7.4 million dollars in fraud proceeds. Defendant is a citizen of Taiwan and has a pending conspiracy to commit money laundering offense in a Superior Court in the State of New Jersey. His alleged criminal conduct thus spans the nation. The government proffered they have strong evidence of Defendant's guilt. The government also indicated

Defendant's proposed release plan is inappropriate because when agents arrested Defendant, they observed controlled substances in plain view in the residence. The government also notes that Defendant's claim that he does not use controlled substances is contradicted by the agents' observations of his residence. The Court grants Defendant leave to reopen to propose an alternative living arrangement.

The Court accordingly **ORDERS**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal.

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel.

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 31st day of August, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge